# EXHIBIT "A"

# KEEFER WOOD ALLEN & RAHAL, LLP
ATTORNEYS AT LAW

415 FALLOWFIELD ROAD, SUITE 301
CAMP HILL, PA 17011-4906

PHONE 717-612-5800
FAX 717-612-5805

EIN No. 23-0716135
www.keeferwood.com

ESTABLISHED IN 1878

OF COUNSEL:
SAMUEL C. HARRY

HARRISBURG OFFICE:
210 WALNUT STREET
HARRISBURG, PA 17101

PHONE 717-255-8000

HEATH L. ALLEN
N. DAVID RAHAL
CHARLES W. RUBENDALL II
ROBERT L. WELDON
EUGENE E. PEPINSKY, JR.
JOHN H. ENOS III
GARY E. FRENCH
DONNA S. WELDON
BRADFORD DORRANCE
JEFFREY B. STOKES
ROBERT R. CHURCH
STEPHEN L. GROSE
R. SCOTT SHEARER
ELYSE E. ROGERS
CRAIG A. LONGYEAR
JOHN A. FEICHTEL
DONALD M. LEWIS III
BRIDGET M. WHITLEY
ELIZABETH J. GOLDSTEIN
STEPHANIE KLEINFELTER
BRADLEY A. WALKER

October 17, 2005

717-612-5803
egoldstein@keeferwood.com

*VIA FACSIMILE (866) 285-8569 and REGULAR MAIL*

Rachael Evans-Sweeney
Disability Consultant
The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480
Philadelphia, PA 19101

| | | |
|---|---|---|
| Re: | Claimant: | *Harry Mazaheri* |
| | Control #: | *Br: 56249 / 00004* |
| | Claim #: | *10495568* |
| | Date of Birth: | *04/20/56* |

Dear Ms. Evans-Sweeney:

I want to further clarify my request for The Prudential Insurance Company of America ("Prudential") file for Mr. Mazaheri and any other documents relating to Mr. Mazaheri on his disability insurance claim. I request that you provide me the following documents:

1. A complete copy of the disability plan or plans governing Mr. Mazaheri's right to disability benefits, summary plan description applicable to the plan governing Mr. Mazaheri's right to benefits, insurance policy governing Mr. Mazaheri's right to benefits, and any and all attachments and amendments to these documents.

2. All of Mr. Mazaheri's medical records used by Prudential and/or its agents or independent contractors ("collectively Agents") to evaluate the claim.

3. Excerpts from the claims manual, guidelines, protocol or other written criteria that were utilized in the evaluation of this claim.

Rachael Evans-Sweeney
Disability Consultant
October 17, 2005
Page 2

    4.    All correspondence to and information from third-party sources, such as doctors or vocational experts that were consulted by Prudential and/or its Agents relating to Mr. Mazaheri's claim.

    5.    All reviews conducted by Prudential's medical or vocational personnel or Agents concerning Mr. Mazaheri.

    6.    All surveillance and investigative reports and the actual tapes, film, or DVDs relating to Mr. Mazaheri which are in possession of Prudential and/or its Agents or is being held for Prudential and/or its Agents.

    7.    Any and all other relevant documented information that were considered by Prudential and/or its Agents regarding Mr. Mazaheri's claims for benefits, regardless of whether the information actually influenced Prudential's decision to deny benefits to Mr. Mazaheri's claim.

In addition, please provide documentation to answer the following questions relating to Mr. Mazaheri or his Prudential disability insurance, which is applicable to his disability case ("the Plan"):

    1.    Does Prudential both fund and administer the Plan relevant to Mr. Mazaheri's claim?

    2.    What is the exact financial arrangement between Prudential and Bank One/JP Morgan Chase?

    3.    Does Prudential provide coverage to current employees of JP Morgan Chase?

    4.    Who is responsible for funding/paying Mr. Mazaheri's instant claim?

    5.    Are benefits under this Plan paid out of operating funds or an ERISA Trust Fund?

Rachael Evans-Sweeney
Disability Consultant
October 17, 2005
Page 3

6. Are benefits under this Plan funded on a case-by-case basis or on a fixed price basis that has been actuarially determined?

Sincerely yours,

KEEFER WOOD ALLEN & RAHAL, LLP

By *[signature]*
Elizabeth J. Goldstein

waw

cc: ✓Harry A. Mazaheri