**United States District Court**
**For the Eastern District of Pennsylvania**

| | | |
|---|---|---|
| **HARRY A. MAZAHERI** | : | |
| 61 Spring Dell Road | : | |
| Lancaster, PA 17601 | : | |
| | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| **PRUDENTIAL INSURANCE** | : | **JURY TRIAL DEMANDED** |
| **COMPANY OF AMERICA,** | : | |
| P.O. Box 13480 | : | |
| Philadelphia, PA 19101 | : | |
| | : | |
| Defendant | : | |
| | : | |

**PRAECIPE**

Attached to this Praecipe is Exhibit "A" to the Complaint in the above-captioned case, which was inadvertently omitted with the original copy of the Complaint but included on the disc. We ask the Clerk of Court to include this Exhibit "A" with original copy of the Complaint.

ELIZABETH GOLDSTEIN, P.C.

Dated: 1/23/06   By: /s/ _____

Elizabeth J. Goldstein, Esquire
Attorney for Plaintiff
Pennsylvania Attorney Id # 73779
355 North 21st Street
Camp Hill, PA 17011

Phone: (717) 724-0266
Fax: (717) 724-0288
egoldstein@elizabethgoldsteinlaw.com