Home | Personal | Sma

**salary.com™** On-demand HR data and software

# About Us



7,000 Corporate Subscribers | 10,000,000 Employees

## Data Methodology and Process

Salary.com provides a choice of compensation data services to help businesses plan, model and execute competitive pay policies and programs. Salary.com manages distinct datasets to meet the unique needs of both businesses and consumers. For employers, Salary.com provides a choice of either dedicated data management services or aggregated market data services. In the process of developing our comprehensive data bases, Salary.com draws from and combines data from hundreds of professionally-conducted surveys of corporate HR departments. For consumers, Salary.com provides employer-reported benchmarks to determine the salary range for their title and job description.

**Dedicated Client Data Services.** Salary.com provides dedicated compensation management services for individual clients in which client's HR payroll data and their proprietary compensation surveys are centralized in a secure, searchable on-line repository complete with pay analytic software. For these clients, Salary.com acts as an agent handling data on its clients behalf and ensuring that such data is never shared with others.

**Aggregated Corporate Data Services.** Salary.com offers an aggregated compensation database comprised of HR Payroll data, surveys on best practices and incentive pay, U.S. Proxy Data and Salary.com proprietary, employer-reported surveys for specific jobs (e.g., Six Sigma Positions). This data service offers clients the opportunity to benchmark and market price with one comprehensive market database and on-demand pay analytics.

**Consumer Data Services.** Salary.com provides the market leading SalaryWizard tool that provides consumers with the opportunity to market price their job against employer-reported data. We follow the benchmarking process and principles outlined by WorldatWork's certified compensation professional program.

For all our compensation data services, Salary.com guarantees comprehensive datasets compiled from employer-reported market data and proxy data and verified by our team of certified compensation professionals to deliver to our customers the highest level of data accuracy, timeliness and quality.



Salary.com also identifies and tracks non-traditional sources of compensation data trends and new business ideas. These non-traditional sources help provide insights into employee and employer perception gaps such as 2006 Job Satisfaction and Retention Survey or engaging human interest stories such as our proprietary work on the worth of a mother's job.

**Products**

### Personal Career
SalaryWizard®
Executive Salary Wizard
Job Search Wizard
Benefits Calculator
Job Assessor
Performance Self-Test

Personal Salary Report
Mom SalaryWizard®
Dad SalaryWizard®
Cost of Living Wizard
College Tuition Planner

### Small Business
Salary.com Professional
Job Valuation Reports
Compensation Market Studies
Salary.com Research

### Enterprise
CompAnalyst
CA | Job Ana
CA | Survey
CA | Executi\
CA | Reporti\
Salary.com S

---

**Salary.com:** Personal | Small Business | Enterprise | Investor Relations |
Advertise | Become an Affiliate | Careers | Glossary | Methodology | Partner with ι

Copyright 2000-2007 © Salary.com, Inc. | Privacy Policy | Legal

Home | Personal | Sma

**salary.com**™ On-demand HR data and software

## About Us



7,000 Corporate Subscribers | 10,000,000 Employees

### Client Data

Clients rely on Salary.com to keep their data secure and easy to access. Security is ensured by creating a separate repository for each client and by role-based security for accessing client data. Clients entrust Salary.com with two principal types of sensitive data: employee data and salary survey data that clients have purchased.

Client employee data is exchanged between a client's Human Resources Information Systems (HRIS) and Salary.com products which link pay to performance. Some clients need to build their own composites from a library of surveys they own. Salary.com helps each client maintain their own separate library online. After demonstrating that the client has legal title to a particular survey, Salary.com will upload that survey into a client's online library. Once in the library, customers can query and blend data just as they could in-house--but of course without the hassle or expense of an in-house datacenter or software.



**Products**

| **Personal Career** | **Small Business** | **Enterprise** |
| SalaryWizard®     Personal Salary Report | Salary.com Professional | CompAnalysl |

| | | | |
|---|---|---|---|
| Executive Salary Wizard | Mom SalaryWizard® | Job Valuation Reports | CA | Job Ana |
| Job Search Wizard | Dad SalaryWizard® | Compensation Market Studies | CA | Survey |
| Benefits Calculator | Cost of Living Wizard | Salary.com Research | CA | Executi |
| Job Assessor | College Tuition Planner | | CA | Reportir |
| Performance Self-Test | | | Salary.com S |

**Salary.com:** Personal | Small Business | Enterprise | Investor Relations |
Advertise | Become an Affiliate | Careers | Glossary | Methodology | Partner with

Copyright 2000-2007 © Salary.com, Inc. | Privacy Policy | Legal

Home | Personal | Sma

**salary.com™** On-demand HR data and software

## About Us



7,000 Corporate Subscribers | 10,000,000 Employees

### Consumer Data

Consumers want data from the same sources that employers use and trust. Salary.com offers this through its Salary Wizard, although not at the same level of detail. The Salary Wizard uses only employer-reported data and reports it for a particular job in a particular location.

Our consumer database begins with hundreds of employer surveys covering millions of employees. The Salary Wizard does not report salaries specific to an employer size or industry, but gives an average across all sizes and all industries. The Salary Wizard can report a free answer that is "good enough" for many purposes, or, at a premium price, can report a number suitable for negotiation.

The premium, negotiation-ready answers are tailored to company size and industry in a way that is similar to the Corporate Data, but does not cover incentive pay or proxy-based executives.



### Products

| Personal Career | | Small Business | Enterprise |
|---|---|---|---|
| SalaryWizard® | Personal Salary Report | Salary.com Professional | CompAnalyst |
| Executive Salary Wizard | Mom SalaryWizard® | Job Valuation Reports | CA | Job Ana |

| | | | |
|---|---|---|---|
| Job Search Wizard | Dad SalaryWizard® | Compensation Market Studies | CA \| Survey |
| Benefits Calculator | Cost of Living Wizard | Salary.com Research | CA \| Executiv |
| Job Assessor | College Tuition Planner | | CA \| Reportir |
| Performance Self-Test | | | Salary.com S |

**Salary.com:** Personal | Small Business | Enterprise | Investor Relations |
Advertise | Become an Affiliate | Careers | Glossary | Methodology | Partner with 

Copyright 2000-2007 © Salary.com, Inc. | Privacy Policy | Legal

Home | Personal | Sma



**salary**.com™ On-demand HR data and software

## About Us



7,000 Corporate Subscribers | 10,000,000 Employees

### Corporate Data

Corporate clients insist on the best data sources. Ninety-five percent of HR and Compensation managers say that they only trust employer-reported salaries. For this audience, Salary.com purchases hundreds of salary surveys each year, and applies the best practices originally developed by the American Compensation Association (now WorldatWork).

Salary.com's team of Certified Compensation Professionals match jobs by their job description (job title matching and surveys that used job title matching are not used). Data is aged to a common date and outliers are removed. Finally the data may be sliced or adjusted to reflect the conditions prevalent in a particular location, size of employer, and industry.

Salary.com also offers executive compensation data derived from searching and matching corporate proxy filings and from surveys of incentive pay practices.



### Products

| **Personal Career** | | **Small Business** | **Enterprise** |
|---|---|---|---|
| SalaryWizard® | Personal Salary Report | Salary.com Professional | CompAnalyst |
| Executive Salary Wizard | Mom SalaryWizard® | Job Valuation Reports | CA | Job Ana |

| | | | |
|---|---|---|---|
| Job Search Wizard | Dad SalaryWizard® | Compensation Market Studies | CA | Survey |
| Benefits Calculator | Cost of Living Wizard | Salary.com Research | CA | Executiv |
| Job Assessor | College Tuition Planner | | CA | Reportir |
| Performance Self-Test | | | Salary.com S |

**Salary.com:** Personal | Small Business | Enterprise | Investor Relations |
Advertise | Become an Affiliate | Careers | Glossary | Methodology | Partner with I

Copyright 2000-2007 © Salary.com, Inc. | Privacy Policy | Legal

Home | Personal | Sma

**salary.com**™ On-demand HR data and software

## About Us



7,000 Corporate Subscribers | 10,000,000 Employees

### About Salary.com

Salary.com builds on-demand software around a deep domain knowledge in the area of compensation to help customers win the war for talent by simplifying the connections between people, pay and performance.  Salary.com's cutting edge technology is integrated with actionable data and content, empowering customers to make the best decisions about pay and performance and help them to attract, motivate, reward and retain top performers.

On-demand data, software and services make the expertise of Salary.com's team of certified compensation professionals available to everyone - from the largest employers to small business owners and individuals - facilitating fast, accurate decisions that deliver superior results.

Salary.com's compensation experts know technology and their technologists are trained and certified to know compensation.  These groups collaborate to build great software products that are best of breed in their category and reflect the best practices used in the workplace.  This commitment to a continued focus on quality is what sets Salary.com apart from its competitors.

### Salary.com has developed four unique market offerings:

- On-demand talent management software
- On-demand compensation data and software
- Premium content and research services
- Targeted on-line advertising

Learn more

**Products**

**Personal Career**                                    **Small Business**                        Enterprise

| SalaryWizard® | Personal Salary Report | Salary.com Professional | CompAnalyst |
| Executive Salary Wizard | Mom SalaryWizard® | Job Valuation Reports | CA | Job Ana |
| Job Search Wizard | Dad SalaryWizard® | Compensation Market Studies | CA | Survey |
| Benefits Calculator | Cost of Living Wizard | Salary.com Research | CA | Executi |
| Job Assessor | College Tuition Planner | | CA | Reportii |
| Performance Self-Test | | | Salary.com S |

**Salary.com:** Personal | Small Business | Enterprise | Investor Relations |
Advertise | Become an Affiliate | Careers | Glossary | Methodology | Partner with

Copyright 2000-2007 © Salary.com, Inc. | Privacy Policy | Legal